```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

WILLIAM DAVID MCLELLAN,         }
                                }
     Plaintiff,                 }
                                }   CIVIL ACTION NO.
v.                              }   09-AR-0045-S
                                }
COMMERCIAL RECOVERY SYSTEMS,    }
INC.,                           }
                                }
     Defendant.                 }
```

## ORDER

The court has been informed by plaintiff, William David Mclellan, that the parties have reached a settlement. The court deems plaintiff's oral motion to dismiss the action as a voluntary dismissal under Rule 41(a), Fed.R.Civ.P. Plaintiff's motion is well taken and is GRANTED. The case is DISMISSED WITH PREJUDICE.

DONE this 15th day of April, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE